UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER E. HAWKINS, | No. C 06-507 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| S. W. ORNOSKI; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted and because administrative remedies were not exhausted before the action was filed.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 4, 2008

_____
SUSAN ILLSTON
United States District Judge